Decided May 2, 2002

---

ARMANDO GRAJALES *v.* AERO-CLEAN DEMOLITION CONTRACTORS

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22693) is denied.

*Armando Grajales,* pro se, in support of the petition.

*Michael J. McAuliffe*, in opposition.

Decided May 2, 2002